IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

**MELBA JO WILLIAMSON,**
    **Plaintiff,**

**vs.**                                     **CASE NO:4:12-cv-01836-KOB**
**FOOD GIANT, INC., d/b/a**
**Piggly Wiggly**

    **Defendant.**

## ORDER TO SHOW CAUSE

This matter comes before the court on the Defendant's Notice of Removal (doc. 1). The Defendant is directed to **show cause in writing by 4:30 p.m. on Tuesday, May 22, 2012** why this case should not be remanded for failure to show that the amount in controversy meets the federal jurisdictional amount.

    **DONE and ORDERED** this 15th day of May, 2012.

                                                      /s/ Karon O. Bowdre
                                                      KARON OWEN BOWDRE
                                                      UNITED STATES DISTRICT JUDGE